ACCEPTED
15-25-00050-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/22/2025 2:27 PM
CHRISTOPHER A. PRINE
CLERK

NO. 05-25-00280-CV

**In the Fifteenth Court of Appeals at Austin, Texas**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/22/2025 2:27:12 PM
CHRISTOPHER A. PRINE
Clerk

**ELITE CONCEPTS BY MICHAEL NANTZ, INC.**
**APPELLANT,**

**v.**

**DAVID AND BRIA FIELD**
**APPELLEES.**

On Appeal from the
471st Judicial District Court, Collin County, Trial Court Cause No. 471-05833-2022,
Hon. Judge Bryan Gantt

### APPELLANT ELITE CONCEPTS BY MICHAEL NANTZ, INC.'S AGREED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

_____

Elite Concepts by Michael Nantz, Inc. asks the Court to extend the time to file its

Appellant's Brief.

### A.  INTRODUCTION

1. Appellant is Elite Concepts by Michael Nantz, Inc.; Appellees are David and Bria Field.

2. Appellants brief is currently due On April 25, 2025.

3. There is no specific deadline to file a Motion to Extend Time. *See* TEX. R. APP. P. 38.6(D).

4. The parties are currently engaged in settlement negotiations, and have agreed to this Motion to Extend Time.

### B.  ARGUMENT AND AUTHORITIES

5. The Court has the authority under Texas Rules of Appellate Procedure 38.6(d) to extend

the time to file a brief. *See* TEX. R. APP. P. 38.6(D).

6. Appellant requests an additional twenty eight (28) days to file their reply to Appellant's brief, extending the time until May 23, 2025.

7. The extension in filing the Appellees' reply will not delay submission of this cause, nor will it prejudice the Appellee's ability to respond.

## C. CONCLUSION

8. Appellant requests a twenty eight (28) day extension to file Appellant's brief.

## D. PRAYER

For these reasons, Appellant Elite Concepts by Michael Nantz, Inc. asks the Court to grant an extension of time to file its brief until May 23, 2025.

Respectfully Submitted:

**HAYES, BERRY, WHITE, & VANZANT, LLP**

By: */s/ William Scazzero*
     William Scazzero
     State Bar No. 24076675

     512 W. Hickory, Suite 100
     Denton, Texas 76201
     Telephone: (940) 387-3518
     Facsimile: (866) 580-1744
     Email: wscazzero@hbwvlaw.com

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellees on Aprile 18, 21, and 22nd, 2025, and Mr. Erick is in agreement with the Motion to Extend Time to File Appellant's Brief.

     */s/ William Scazzero*
     William Scazzero

## **<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on this the 22nd day of April, 2025, a true and correct copy of the Motion to Extend Time to File Appellant's Brief was served on all parties by electronic service.


<u>*/s/ William Scazzero*       </u>
William Scazzero

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amy Dugger on behalf of William Scazzero
Bar No. 24076675
adugger@hbwvlaw.com
Envelope ID: 99945387
Filing Code Description: Motion
Filing Description: Appellant Elite Concepts by Michael Nantz, Inc.'s Agreed Motion to Extend Time to File Appellant's Brief
Status as of 4/22/2025 2:31 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Casey Erick | 24028564 | cerick@cowlesthompson.com | 4/22/2025 2:27:12 PM | NOT SENT |
| William Scazzero | | wscazzero@hbwvlaw.com | 4/22/2025 2:27:12 PM | NOT SENT |